```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17054
   MICHAEL P MALLEN
   LISABETH A MALLEN                          CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-7259    SSN XXX-XX-0596

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/01/08 .

     2.  Case reassigned to Lydia Meyer, Trustee, 07/28/2008.

---------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------

     Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00        .00         .00
PRINCIPAL PAID         .00          .00          .00        .00         .00
INTEREST PAID          .00          .00          .00        .00         .00
TOTAL PAID             .00          .00          .00        .00         .00
The Debtor's attorney, BRIAN A HART                , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .



     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/09/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 17054 MICHAEL P MALLEN & LISABETH A MALLEN
```